374 A.2d 973

Bela M. HABERERN, Petitioner,

v.

The LEHIGH AND NEW ENGLAND RAILWAY COMPANY and R. D. Timpany, solely as Trustee of the Property of the Central Railroad Company of New Jersey and the Central Railroad Company of New Jersey.

Supreme Court of Pennsylvania.

June 3, 1977.

OPINION OF THE COURT

PER CURIAM.

The petition for allowance of appeal is granted, the order of the Superior Court filed September 27, 1976, 243 Pa.Super. 1, 364 A.2d 420, is vacated, the order of the

Court of Common Pleas of Northampton County, dated December 23, 1974, is vacated, and the case is remanded to the court of common pleas for further proceedings. See *Haberern v. Lehigh and New England Railway Company et al.*, 554 F.2d 581 (3d Cir. 1977).